UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable __Eugene R Wedoff__                    Date: __January 2, 2014__

Bankruptcy Case No. __13-40671__                 Adversary No. _____

Title of Cause:         In Re: Brian R Dehmer and Cynthia A Dehmer

Brief Statement
Of Motion               Confirmation

Names and:              Cutler & Associates, Ltd.
addresses of
moving counsel

Representing:           Brian R. Dehmer and Cynthia A. Dehmer

## ORDER

IT IS HEREBY ORDERED THAT THE PLAN DATED DECEMBER 28, 2013 IS MODIFIED AS FOLLOWS:

The following language is hereby added to Section G of the plan:

"The junior lien held by Ally Bank on property address 9131 New England, Morton Grove, IL 60053 as evidenced by the mortgage dated October 11, 2005 and recorded as document number 0532216163 will be ~~avoided~~ [satisfied] upon the Debtor's receipt of a Chapter 13 discharge order and completion of the Chapter 13 Plan and that said ~~avoidance~~ [satisfaction], if at all, will be effective upon the entry of the Chapter 13 discharge order. However, if the stay is modified with respect to the senior lien, or if the case is dismissed, or if the case is converted to a Chapter 7, the lien as evidenced by the mortgage dated October 11, 2005 and recorded as document number 0532216163 will remain. The secured payoff claim with accruing interest will be treated by the standing trustee as a general unsecured creditor pursuant to the terms of the confirmed plan; however, in the event of dismissal or conversion, the Respondent will reapply the funds received through the plan to the unpaid principal balance of the filed proof of claim and the remaining unpaid portion will survive and attach to the lien."

ENTERED: _Eugene R Wedoff_