UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 13-40671 |
|---|---|---|
| BRIAN R DEHMER | ) | |
| CYNTHIA A DEHMER, | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the Motion of the Movant, Ally Bank, the Court having jurisdiction and being advised in the premises, and due notice having been given:
IT IS HEREBY ORDERED:

1. That the automatic stay heretofore entered is modified to the extent necessary to allow Ally Bank to foreclose the mortgage on the property located at: 9131 New England, Morton Grove, IL 60053.
2. That any claims or stipulations previously filed providing for the payment of current mortgage payments or for the payment of pre-petition arrearages to Ally Bank in connection with the subject real property are withdrawn as to any unpaid portion thereof for the purposes of these proceedings only.

Enter: *(signed)* Deborah L. Thorne

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  March 21, 2016

**Prepared by:**

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
13-069806